AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

**RETURN**

| | |
|---|---|
| DALE FERMIN, individually and on behalf of other similarly situated persons, <br><br> Plaintiff(s) <br> v. <br> RPM PIZZA, LLC, <br> GLENN MUELLER, <br> RICHARD MUELLER, JR., and <br> RICHARD MUELLER, III <br> Defendant(s) | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:13cv304 LG-JMR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* RICHARD MUELLER, III
C/O RPM PIZZA, LLC
15384 - 5TH STREET
GULFPORT, MS 36503

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: ERIK HENINGER
HENINGER GARRISON DAVIS, LLC
2224 - 1ST AVENUE NORTH
BIRMINGHAM, AL 35203
205.326.3336

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN
CLERK OF COURT

Date: 7-23-13

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Richard Mueller III__
was received by me on *(date)* __8-2-13__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Tom Holliday__ , who is designated by law to accept service of process on behalf of *(name of organization)* __RPM Pizza LLC__
on *(date)* __8-5-13__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ __75.00__ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __8-5-13__

_____
Server's signature

Corey Bush
Printed name and title

SRA Investigations, Inc.
2382 Highway 80 W., Suite C
Jackson, MS 39204
Server's address
601-960-4194

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| DALE FERMIN, individually and on behalf of other similarly situated persons,<br><br>*Plaintiff(s)*<br>v.<br>RPM PIZZA, LLC,<br>GLENN MUELLER,<br>RICHARD MUELLER, JR., and<br>RICHARD MUELLER, III<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 1:13cv304 LG-JMR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   GLENN MUELLER
C/O RPM PIZZA, LLC
15384 - 5TH STREET
GULFPORT, MS 36503

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   ERIK HENINGER
HENINGER GARRISON DAVIS, LLC
2224 - 1ST AVENUE NORTH
BIRMINGHAM, AL 35203
205.326.3336

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN
CLERK OF COURT

Date: 7-23-13

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Glenn Mueller
was received by me on *(date)*   8-2-13   .

     ☐ I personally served the summons on the individual at *(place)* _____
            _____ on *(date)* _____ ; or

     ☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
            _____, a person of suitable age and discretion who resides there,
       on *(date)* _____, and mailed a copy to the individual's last known address; or

     ☒ I served the summons on *(name of individual)*   Tom Holliday  , who is
        designated by law to accept service of process on behalf of *(name of organization)*   RPM Pizza LLC
                                                       on *(date)*   8-5-13   ; or

     ☐ I returned the summons unexecuted because _____ ; or

     ☐ Other *(specify):*


My fees are $   75.00   for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   8-5-13

                                                        *Corey Bush* (signature)
                                                        *Server's signature*

                                                        Corey Bush
                                                        *Printed name and title*

                                                        SRA Investigations, Inc.
                                                        2382 Highway 80 W., Suite C
                                                        Jackson, MS 39204
                                                        *Server's address*
                                                        601-960-4194

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

RETURN

| | |
|---|---|
| DALE FERMIN, individually and on behalf of other similarly situated persons,<br><br>*Plaintiff(s)*<br>v.<br>RPM PIZZA, LLC,<br>GLENN MUELLER,<br>RICHARD MUELLER, JR., and<br>RICHARD MUELLER, III<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:13 cv304 LG-JMR<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  RPM PIZZA, LLC
C/O CT CORPORATION SYSTEM
645 LAKELAND EAST DR., SUITE 101
FLOWOOD, MS  39232


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   ERIK HENINGER
HENINGER GARRISON DAVIS, LLC
2224 - 1ST AVENUE NORTH
BIRMINGHAM, AL  35203
205.326.3336

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN
CLERK OF COURT

Date: 7-23-13

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)



Civil Action No.

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for *(name of individual and title, if any)* **RPM Pizza c/o CT Corp System**
was received by me on *(date)* **7-30-13**.

☒ I personally served the summons on the individual at *(place)* **CT Corp c/o Matt Thibodeaux 645 Lakeland East Dr. Ste 101 Flowood, MS** on *(date)* **8-2-13** ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ **75.00** for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **8-2-13**

*Server's signature*

**Craig Upton    Process Server**
*Printed name and title*

**SRA Investigations, Inc.**
2382 Highway 80 W., Suite C
Jackson, MS 39204
601-260-4194
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

RETURN

| | |
|---|---|
| DALE FERMIN, individually and on behalf of other similarly situated persons,<br><br>*Plaintiff(s)*<br>v.<br>RPM PIZZA, LLC,<br>GLENN MUELLER,<br>RICHARD MUELLER, JR., and<br>RICHARD MUELLER, III<br>*Defendant(s)* | Civil Action No. 1:13cv304 LG-JMR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* RICHARD MUELLER, JR.
C/O RPM PIZZA, LLC
15384 - 5TH STREET
GULFPORT, MS 36503

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: ERIK HENINGER
HENINGER GARRISON DAVIS, LLC
2224 - 1ST AVENUE NORTH
BIRMINGHAM, AL 35203
205.326.3336

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN
CLERK OF COURT

Date: 7-23-13

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Richard Mueller Jr**
was received by me on *(date)* **8-2-13**.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Tom Holliday**, who is designated by law to accept service of process on behalf of *(name of organization)* **RPM Pizza LLC**
on *(date)* **8-5-13** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ **75.00** for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **8-5-13**

_____
Server's signature

**Corey Bush**
Printed name and title

**SRA Investigations, Inc.**
2382 Highway 80 W., Suite C
Jackson, MS 39204
601-960-4494

Additional information regarding attempted service, etc: