UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| DALE FIRMIN, individually and on behalf of other similarly situated persons, ) ) ) Plaintiff, ) ) v. ) ) RPM PIZZA, LLC, et al., ) ) Defendants. ) | Case No. 1:13-cv-00304-LG-JMR |

**NOTICE OF DISMISSAL**

The Plaintiff, by his undersigned attorneys, hereby gives notice in accordance with Fed. R. Civ. P. 41(a)(1), of the voluntary dismissal of the above entitled action without order of the court. With respect thereto, the Plaintiff states that no answer or motion for summary judgment has been received by counsel for the Plaintiff. Such dismissal is without prejudice and is not on the merits. There has been no prior dismissal in any court of the United States or of any state of an action based on or including the same claim as presented by the Plaintiff in its complaint herein.

DATED this 29th day of August, 2013.

/s/ Erik Heninger
Erik Heninger, MS Bar # 100951
HENINGER GARRISON DAVIS, LLC
2224 – 1st Avenue North
Birmingham, AL 35203
Tel: 205.326.3336
Fax: 205.326.3332
erik@hgdlawfirm.com

1

CERTIFICATE OF SERVICE

      I hereby certify that the foregoing was properly filed and served on all counsel or parties of record via CM/ECF on August 29, 2013.

                                                /s/ Erik Heninger
                                                OF COUNSEL